1006

THE STATE OF WASHINGTON, *Respondent*, v. BONNIE MARIE
TEAFATILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 13-1-03251-3, Bryan E. Chushcoff, J., entered
January 23, 2015. *Affirmed in part, reversed in part*, and
*remanded with instructions* by unpublished opinion per
Bjorgen, C.J., concurred in by Johanson and Lee, JJ.

MUFG UNION BANK, NA, *as Successor in Interest*,
*Appellant*, v. RANDY CAMPADORE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 14-2-11438-4, Elizabeth P. Martin, J., entered
June 2, 2015. *Reversed* and *remanded* by unpublished
opinion per Johanson, J., concurred in by Bjorgen, C.J., and
Melnick, J.

THE STATE OF WASHINGTON, *Respondent*, v. JEROME CEASAR
ALVERTO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 06-1-02214-1, Kitty-Ann van Doorninck, J.,
entered July 30, 2015. *Affirmed* by unpublished opinion per
Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KELLEN M.
LINNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 11-1-01848-6, Erik D. Price, J., entered
September 3, 2015. *Affirmed* by unpublished opinion per
Bjorgen, C.J., concurred in by Johanson and Melnick, JJ.